1056

[No. 17656-4-II.   Division Two.   February 23, 1996.]

DAVID W. LANE, ET AL., *Respondents*, v. BROWN & HALEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 87-2-02623-5, Rosanne Buckner, J., entered September 2, 1994. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Armstrong, JJ.

[No. 17813-3-II.   Division Two.   February 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOAN LAVONNE VANDORN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-00272-3, Milton R. Cox, J., entered December 14, 1993. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Armstrong, JJ.

[No. 17819-2-II.   Division Two.   February 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN W. BUFFON, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 93-1-00075-6, Joel M. Penoyar, J., entered December 27, 1993. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Bridgewater, JJ.